UNITED STATES DISTRICT COURT
TAMPA DIVISION
MIDDLE DISTRICT OF FLORIDA

JAMES LESLIE KELLY
PLAINTIFF Pro se,

VS.

CASE NO. 8:16cv 3527 T 23 MAP
(TO BE SET BY CLERKS OFFICE)

VERIZON WIRELESS CORPORATION (U.S.A.)
FRAN SHAMMO, C.F.O., VERIZON WIRELESS CORPORATION
MATT SANDERS, GEN. MGR., VERIZON WIRELESS CORPORATION
MICHAEL PACK, SOLUTIONS SPECIALIST, VERIZON WIRELESS CORPORATION
DEFENDANTS et. al.,

FEDERAL COURT
A CIVIL ACTION COMPLAINT

COMES NOW, JAMES LESLIE KELLY, PLAINTIFF Pro se,

AND IN PROPER PERSON A LEGAL CITIZEN OF THE UNITED STATES OF AMERICA WITHIN HIGHLANDS COUNTY THATS WITHIN THE BOUNDERIES OF THE STATE OF FLORIDA (U.S.A) AND HENCEFORTH, INITIATES THIS HEREIN FOREGOING CIVIL ACTION COMPLAINT AGAINST.... (CONTINUED)...



J.L.

(CONTINUED)...

THE HEREIN NAMED DEFENDANT'S et.al. (VERIZON WIRELESS CORPORATION) OPERATING AND DOING BUSINESS UNDER THE LAW'S OF THE UNITED STATES OF AMERICA (U.S.A.), THE FEDERAL COMMUNICATIONS CARRIERS ACT. (F.C.C.), THE FEDERAL TRADE COMMISSIONS ACT. (F.T.C., VZ) AND THE LAWS OF THE STATE OF FLORIDA (FL), AND THUS, AS HEREIN PROPERLY ALLEGED THERETO, GIVING RISE IN LAW AND AT BAR TO THE ACTIONABLE CAUSES HEREIN SET FORTH AND, FORTHWITH DESCRIBED AND THEREBY RECOGNIZED BY THE LAW'S OF THE UNITED STATES OF AMERICA (U.S.A), THE UNITED STATES OF AMERICAS CONSTITUTION AND ALL LAWS EXISTING AND THUS PERTAINING IN LAW THERETOFORE AS;

(1) COUNT ONE — NEGLIGENCE (WANTON)

(2) COUNT TWO — NEGLIGENT TRAINING AND SUPERVISION

(3) COUNT THREE — VIOLATION OF PLAINTIFFS CIVIL RIGHTS

FURTHERMORE, THE HEREIN PLAINTIFF ALLEGES THAT THE HEREIN NAMED DEFENDANTS et. al., AT ALL TIMES MATERIAL KNEW OR SHOULD HAVE KNOWN THAT BY THEIR THEREBY ACTIONS AND OR, OMISSION THEREBY TO PERFORM CERTAIN DUTIES WOULD CAUSE SUBSTANCIAL HARM AND DAMAGES AS well AS, PAIN AND SUFFERING, THE DIMINISHED CAPACITY TO ENJOY LIFE AND, EMOTIONAL DURESS TO THE HEREIN PLAINTIFF THUS, GIVING RISE TO THE LEVEL OF ACTIONABLE CAUSES HEREIN ALLEGED.

FURTHER, THIS HEREIN HONORABLE COURT HAS THE NECASSARY JURISDICTION (AS A MATTER OF LAW) TO MAINTAIN THE FOREGOING CIVIL ACTION COMPLAINT WITHIN THE FEDERAL DISTRICT COURT OF THE UNITED STATES OF AMERICA, MIDDLE DIVISION OF TAMPA, AND THAT THE PLAINTIFF HEREIN SEEKS COMPENSATORY AND MONOTARY DAMAGES IN EXCESS OF THE MINIMUM REQUIERED TO MAINTAIN THE FOREGOING CIVIL ACTION COMPLAINT AT LAW (U.S. CURRENCY), ALL COST OF THE FOREGOING CIVIL ACTION AND, ALL COST OF PROSECUTION OF THE HEREIN, ATTORNEY FEE'S AND TRIAL COST OF THE FOREGOING AND, HENCEFORTH THIS DAY FOR THIS HEREIN HONORABLE COURT TO SET TRIAL BY JURY.

FACTUAL SUPPORT HEREOF...

(1) AT ALL TIMES MATERIAL, THE DEFENDANT CORPORATION (VERIZON WIRELESS) (A FEDERAL COMMUNICATIONS CARRIER) AND IT'S EMPLOYEE'S, AGENTS AND OFFICERS DID FACTUALLY EXISIT UNDER FEDERAL AND, STATE OF FLORIDA'S LAW'S CONDUCTING BUSINESS AT 4223 SEBRING PARKWAY IN SEBRING, FLORIDA 33870. (LATITUDE: 27.51479), (LONGITUDE -81.49352).

(2) AT ALL TIMES MATERIAL THE OFFICERS, AGENT'S AND, EMPLOYEE'S AND OR SERVANTS ACTED TO AND, IN SERVICE TO THE DEFENDANT CORPORATION (VERIZON WIRELESS CORP.) UNDER AND WITHIN THE RECOGNISED DOCTRINE OF THE "VICARIOUS LIABILITY DOCTRINE" THUS, THE LAWS PREVAILING LEGALLY INTWINE THEM TOGETHER IN ACTION'S, SIMUTAINIOUSLY FORM A DUTY PER LAW AND, DOCTRINE.

---

# CIVIL ACTION COMPLAINT ALLEGATIONS

## COUNTS (1), (2) AND, (3) PART "A" AS ALLEGED

## PART "A"

1. ON OR ABOUT THE SEVENTH (7th) DAY OF MAY 2015 AT THE AFORE DESCRIBED LOCATION, MICHALE PACK, A VERIZON CORPORATION SOLUTIONS SPECIALIST, (A TERM USED BY VERIZON FOR FLOOR SALES EMPLOYEE'S) WAS A NEW EMPLOYEE AND IN TRAINING FOR VERIZON WIRELESS CORPORATION AND, AS HEREIN ALLEGED, ACTED IN A NEGLIGENT MANNER AND, WANTON OF CARE BY WILLFULLY IGNORING INDUSTRY SECURITY STANDARDS AS WELL AS, STATE AND FEDERAL LAWS AND GUIDELINES THAT GOVERN CORPORATIONS UNDER THE FEDERAL COMMUNICATION CARRIERS ACT. IN AN ALLEGED EFFORT TO MEET SALES QUOTAS, (PUT IN PLACE BY DEFENDANT CORPORATION AND MANAGEMENT AT VARIOUS LEVELS WITHIN THE CORPORATION) AND TO ENRICH HIS EMPLOYER AS WELL AS, HIMSELF AND KNEW OR SHOULD HAVE KNOWN AT ALL TIME MARERIAL THAT HARM AND DAMAGES WOULD RESULT BY AN ALLEGED DUTY OWED THAT WAS IGNORED AND DISREGAURDED IN FAILING TO POSITIVLY IDENTIFY THE PLAINTIFF WITH LEGITIMATE AND LAWFULL IDENTIFICATION TO THE HARM AND DAMAGES TO THE HEREIN PLAINTIFF.

PART "A" CONTINUED

2.) THE LAW'S AND GUIDELINES ENACTED AND PUT IN PLACE BY THE FEDERAL COMMUNICATIONS ACT AND, HOME LAND SECURITY AGENCY OF THE UNITED STATES OF AMERICA, WAS TO POSITIVELY IDENTIFY AN INDIVIDUAL OR COMPANY WISHING TO INITIATE AND OR ADD LINES OF COMMUNICATIONS (TELECOMMUNICATIONS AND OR INTERNET) THAT HAVE NATIONAL, INTERNATIONAL AND/OR TRANSATLANTIC CAPABILITIES BY SUCH PUBLIC COMMUNICATIONS CARRIERS AS WAS THE DEFENDANTS et.al. AND, AS ALLEGED BY THE HEREIN PLAINTIFF, THE LAW'S AND GUIDELINES WERE BY-PASSED AND WILLFULLY IGNORED AND EVADED FOR PROFITS AND QUOTAS BY THE DEFENDANT'S et. al. AND KNEW OR SHOULD HAVE KNOWN THAT SUCH OMITTED DUTY WOULD CAUSE HARM AND DAMAGES TO THE PLAINTIFF HEREIN.

3.) ON OR ABOUT THE SEVENTH (7TH) DAY OF MAY. 2015 AT THE AFORE DESCRIBED LOCATION, THE PLAINTIFF DID ENTER INTO THE DEFENDANT CORPORATIONS BUSINESS (VERIZON WIRELESS) (A RETAIL PROVIDER OF INTERNET AND WIRELESS PHONE COMMUNICATIONS) AND DID INFACT PRODUCE HIS LAWFULL AND LIGITIMATE STATE OF FLORIDA ISSUED IDENTIFICATION CARD BEARING PHOTOGRAPH AND THE SIGNATURE OF THE PLAINTIFF . . . . (CONTINUED) . . .

PART "A" CONTINUED

3.) CONTINUED . . . ISSUED AND PRODUCED BY THE STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFTY AND MOTOR VEHICLES ON APRIL 9th, 2015 IN ACCORDANCE TO FEDERAL LAW'S BEING AUTHENICATED BY CERTIFIED BIRTH RECORDS (LESS THAN 30 DAY'S PRIOR TO OCCURENCE OF ACTION AS IS ALLEGED).

4.) AS WAS TESTIFIED TO UNDER OATH AND WITHIN A COURT OF LAW WITHIN THE TENTH (10th) JUDICIAL CIRCUIT IN THE STATE OF FLORIDA ON OCTOBER 13th, 2016, BEFORE THE HONORABLE CIRCUIT COURT JUDGE MICHALE E. RAIDEN, VERIZON SOLUTIONS SPECIALIST, MICHALE PACK, DID POSITIVLEY IDENTIFY THE VALID IDENTIFICATION CARD BEARING THE NAME OF JAMES LESLIE KELLY WITH A STATE ISSUED I.D. NUMBER OF K-400-452-64-372 WITH A BIRTH DATE OF 10/12/1964 AND BEARING A VALID ADDRESS OF 1514 NORTH FLORIDA AVE. TAMPA, FL. 33601 AS THE VERY ONE USED IN THE ALLEGED OCCURANCE ON THE AFORE MENTIONED DATE OF MAY 7th, 2015 AND ~~THEREBY SHOULD HAVE NEGATED ELEMENTS (1) AND (2) OF FLORIDA STATUTE § 817.568~~ THAT THE DEFENDANTS KNEW OR SHOULD HAVE KNOWN AT ALL TIMES MATERIAL WOULD RESULT IN HARM AND DAMAGES TO THE PLAINTIFF.

PART "A" CONTINUED

5.) IT IS FURTHER ALLEGED THAT ON MAY 7th, 2015, THE DATE OF THE ALLEGED OCCURANCE, UPON THE HEREIN PLAINTIFF, JAMES LESLIE KELLY, PRODUCING AND EXHIBITING THE AFORE DESCRIBED LAWFULL AND VALID, GOVERMENT ISSUED, STATE OF FLORIDA IDENTIFICATION CARD AS, THE ONE AND ONLY PIECE OF IDENTIFICATION TO BE PRODUCED AND EXHIBITED, (AS SHOWN IN VIDEO SURVIELLENCE FOOTAGE AS WELL) TO VERIZON CORPORATION EMPLOYEE, MICHALE PACK AND ORALLY STATING A TEN DIDGET PHONE NUMBER THAT, VERIZON ACCOUNT NUMBER 001357306-001 APPEARED ON THE ELECTRONIC SCREEN (AN ELECTRONIC TABLET) SHOWING THE ACCOUNT BELONGED TO A MR. JAMES RICHARD KELLY III WITH AN ACTIVE AND ON RECORD ADDRESS OF C/O KELLEE COMMUNICATIONS 780 NORTH EAST 69th STREET APT. NO. 401 MIAMI, FLORIDA 33138-5772. (SEE PREVIOUS PAGE [7] FOR PLAINTIFF'S ADDRESS ON RECORD) AND, THAT IS THUS HEREBY ALLEGED THAT MR. MICHALE PACK (IN TRAINING AND NEW) WAS PASSIVE IN CHARACTER AND IN NATURE TO THE STARK CONTRAST IN INFORMATION IN FRONT OF HIM AND THUS CREATED AN OMISSION TO PREFORM A DUTY IN LAW AS; AN AFFIMATIVE DUTY EXISTED AND OR TO MINIMUMLY INQUIER AS TO THE DIFFERENCE TO THE HARM AND DAMAGES SUFFERED BY THE HEREIN PLAINTIFF AND TO THE LOSS OF CIVIL LIBERTIES AND FREEDOMS AFFORDED HIM BY THE CONSTIUTION AND BILL OF RIGHTS OF THE UNITED STATES OF AMERICA AND KNEW OR SHOULD HAVE KNOWN AT ALL TIMES MATERIAL THAT HARM AND DAMAGES WOULD RESULT TO THE PLAINTIFF.

PART "A" CONTINUED

6.) FURTHERMORE ALLEGING, AT THE TIME VERIZON SOLUTIONS SPECIALIST MICHALE PACK LOOKED PHYSICALLY AT "a". LAWFULL AND VALID STATE OF FLORIDA ISSUED I.D. CARD BELONGING TO THE PLAINTIFF AND, "b". THE CUSTOMERS HOME PAGE ACCOUNT SCREEN BELONGING TO MR. JAMES RICHARD KELLY III, IN FRONT OF HIM AND READILY AVAILIBLE FOR HIS INSPECTION AND VERIFICATION (FOR OVER AN HOUR AND A HALF), AND IN OBSERVING THE DEGREE OF VARIANCES IN INFORMATION (SEISMIC), (JAMES LESLIE KELLY - JAMES RICHARD KELLY III, TAMPA ADDRESS - MIAMI ADDRESS, NO APT # - APT. 401, LENGTH OF TIME ACCOUNT WAS IN SERVICE - YEARS - ISSUANCE DATE OF I.D. - DAY'S) WAS AN ALLEGED OMISSION OF DUTY BY VERIZON WIRELESS CORPORATION AND IT'S EMPLOYEE'S AND MANAGERS ON THE ALLEGED DATE OF MAY 7TH, 2015 (AS WAS STATED TO POLICE INVESTIGATOR JEFF REINHART OF THE SEBRING POLIC DEPARTMENT IN REPORT "ALL SALES EMPLOYEES VERIFIES THE IDENTIFICATION AND, OTHER INFORMATION"). AS IS REQUIERD BY FEDERAL LAW'S AND GUIDELINES TO PROTECT ITS CUSTOMERS AND, PUBLIC AT LARGE THUS, PLAINTIFF ALLEGES NEGLIGENCE, NEGLIGENT TRAINING AND SUPERVISION AND, VIOLATION OF RIGHTS TO THE HARM AND DAMAGES SUFFERD BY THE PLAINTIFF HEREIN AS ALLEGED AND, THE DEFENDANTS AT ALL TIMES MATERIAL KNEW OR SHOULD HAVE KNOWN OF THE HARM AND DAMAGES.

PART "A" CONTINUED

7.) IT IS FURTHER ALLEGED THAT ON OR ABOUT THE SEVENTH (7th) DAY OF MAY, 2015 THAT VERIZON EMPLOYEE, MICHAEL PACK FAILED TO TAKE A COURSE OF ACTION THAT A REASONABLY MINDED PERSON WOULD NORMALLY DO WHEN ENCOUNTERING THE OBVIOUS DESCREPENCY OF INFORMATION THAT IS ALLEGED AND, FAILED TO NOTIFY HIS SUPERVISORS OR, AT MINIMUM FOLLOW THE STANDARD PROCEDURE OF TEXTING OR EMAILING A PIN NUMBER TO THE CUSTOMERS EXISTING LINES IN SERVICE SO THAT THE ACTUAL CUSTOMER WOULD BE ABLE TO GIVE THE PIN NUMBER TEXT OR EMAILED TO THEM AT ONCE "OR", ABORT THE TRANSACTION UNTILL SUCH TIME THAT THE CUSTOMER IS ABLE TO IDENTIFY THE PIN NUMBER TO THE SALES EMPLOYEE AS IS STANDARD PROCEDURE AT VERIZON WIRELESS CORP., BUT MICHAEL PACK ADMITTED TO OMITTING THE PROCEDURES UNDER OATH IN COURT ON 10/13/2016 AND THUS, IS ALLEGED FAILED A DUTY TO THE HARM AND DAMAGES OF THE HEREIN PLAINTIFF TO INCLUDE THE LOSS OF LIBERTY AND FREEDOM AND OF CIVIL LIBERTIES ENJOYED BY CITIZENS OF THE UNITED STATE OF AMERICA AND KNEW OR SHOULD HAVE KNOWN AT ALL TIMES MATERIAL, HARM AND DAMAGES WOULD RESULT.

PART "A" CONTINUED

8) IT IS FURTHER ALLEGED THAT THE DEFENDANTS et.al AT ALL TIMES MATERIAL KNEW OR SHOULD HAVE KNOWN THAT AT MINIMUM HARM AND DAMAGES WOULD OCCUR TO OTHERS, TO INCLUDE THE PLAINTIFF, AS A RESULT OF NEGLIGENT TRAINING AND SUPERVISON OF IT'S EMPLOYEES, AGENTS, OFFICERS AND, SALES PERSONELL IN THAT GENERAL MANAGER, MATT SANDERS FAILED A DUTY TO PROPERLY SUPERVISE SALE'S EMPLOYEE MICHALE PACK AND, TO OBSERVE IMPRORER TRAINING BEING PRACTICED AND APPLIED BY MR. PACK IN THAT THE SALE'S PROCESS LASTED MORE THAN ONE AND A HALF HOURS (1½ HRS), AND THERE, AT NO TIME, DURING THE PROCESS THAT A SALES EMPLOYEE IN TRAINING WAS CHECKED ON BY ANY SUPERVISORS, THUS ALLOWING FOR MIS-IDENTIFICATION OF ACCOUNTS TO TAKE PLACE IN VIOLATION OF FEDERAL COMMUNICATIONS CARRIERS ACT AND THE FEDERAL TRADE COMMISSION POLICY ACT. TO THE LOSS OF CIVIL LIBERTIES AND FREEDOMS OF THE PLAINTIFF.

9) THE PLAINTIFF HEREIN WAS SENTENCED TO A TERM OF IMPRISONMENT FOR (10) TEN YEARS IN FLORIDA STATE PRISON AS A RESULT OF THE ALLEGED NEGLIGENCE OF THE DEFENDANTS et.al. AS IS ALLEGED ON ALL COUNT'S THUS, THE LOSS OF CIVIL LIBERTIES, FREEDOM AND THE ENJOYMENT OF LIFE AS SENTENCE OF STATE IS ILLEGAL AND THE DEFENDANTS AT ALL TIMES MATERIAL KNEW OR SHOULD HAVE KNOWN DAMAGE WOULD RESULT.

PART "A" CONTINUED

10) HEREIN ALLEGED FURTHER BY THE PLAINTIFF AND, TO BRING INTO FOCUS OF THE PARAMATOR OF THE HEREIN ALLEGED COMPLAINT, VERIZON WIRELESS CORPORATION AND IT'S FINANCIAL OFFICERS AND MANAGEMENT CREATED A DUTY OF GREATER DEGREE AND OF GREATER WANTON OF CARE WHEN PLACING SALE'S QUOTAS AND MINIMUM REVENUE EXPECTATIONS ON SALES EMPLOYEES (KNOWN AS SOLUTION SPECIALIST) AND FAILED TO PROPERLY TRAIN TO A MINIMUM OF STANDARD (OF PROPER PROCEDURE) AND TO CORRECT AND PROPER PROCEDURE OF SUPERVISION OF IT'S EMPLOYEE'S, AGENT'S AND PERSONELL THAT CAME INTO DIRECT CONTACT WITH THE PUBLIC AT LARGE AS WELL AS, PRESPECTIVE CUSTOMER'S AND EXISTING CUSTOMERS THEREBY PLACING GREATER VALUE ON REVENUES AND PROFIT THAN THE SAFTY AND WELLBEING OF THE PUBLIC AT LARGE, PRESPECTIVE CUSTOMERS AND EXISTING CUSTOMERS AND, AT ALL TIMES MATERIAL KNEW OR SHOULD HAVE KNOWN THAT HARM AND DAMAGES WOULD RESULT TO THE CLASS INWHICH THE PLAINTIFF IS OF AS WELL AS, OTHER CLASSES OF CONSUMERS HERETOFORE THIS DAY BY THE ACTIONS AND OMISSION'S BY VERIZON WIRELESS CORPORATION, FRAN SHAMMO C.F.O. VERIZON, MATT SANDERS GEN. MGR., VERIZON AND, MICHALE PACK, SOL. SPCST. VERIZON CORPORATION (U.S.A.).

PART "A" CONTINUED

11) IN CONCLUSION OF PART "A", COUNTS 1., 2. AND 3. OF THIS HEREIN CIVIL ACTION COMPLAINT AND, HEREBY ALLEGES LASTLY THE PLAINTIFF AND, INTENDS TO PROFFER EVIDENCE AT TRIAL, THAT THE HEREIN ALLEGATIONS ARE NOT OF AN ISOLATED OR OF SINGULAR OCCURENCE AS TO THE ALLEGED DATE, TIME AND LOCATION AND THE DEFENDANTS HAVE KNOWLAGE THEREOF.

PART "A" CONLUSION

## CIVIL ACTION COMPLAINT CONCLUSION AND PRAYER

## PART "B"

WHEREFORE IN CONCLUSION THE PLAINTIFF Pro se, HEREIN JAMES LESLIE KELLY, ALLEGES THAT BY AND THROUGH THE DEFENDANTS et.al. ACTIONS OF NEGLIGENCE AND, NEGLIGENT TRAINING AND SUPERVISON DID PRODUCE HARM AND DAMAGES TO THE PLAINTIFF Pro se, TO THE LEVEL OF VIOLATING THE PLAINTIFF Pro se's CIVIL RIGHTS IN THE LOSS OF LIBERTIES AND FREEDOMS AND INTENTIONAL INFLICTION OF EMOTIONAL DURESS AS WELL AS, THE DEMINNISHED CAPACITY OF THE ENJOYMENT OF LIFE AND KNEW OR SHOULD HAVE KNOWN AT ALL TIMES MATERIAL THAT HARM AND DAMAGES WOULD RESULT AND, AS BEING IN ACTIONS A VICARIOUS LIBILITY DUTY FORMED.

## PRAYER

WHEREBY, THE PLAINTIFF Pro se, HEREIN PRAYS THAT THE HONORABLE COURT TO GRANT RELIEF REQUESTED HEREIN AS THE PLAINTIFF SEEK'S ($72,000.000.00) SEVENTY TWO MILLION DOLLARS (U.S.) TO BE RESTORED IN FULL, ATTORNEYS FEE'S AND ALL COST ASSOCIATED HERETO AND ANY OTHER RELIEF THE HONORABLE COURT DEEM'S PROPER AND, HENCEFORTH THIS DAY, TO SET TRIAL BY JURY. James Leslie Kelly #491793

PLAINTIFF Pro se.

FAIL NOT...

## CERTIFICATE OF SERVICE

I, JAMES LESLIE KELLY, PLAINTIFF Pro se, DO HEREBY AFFIRM, UNDER PENALTY OF PERJURY, THAT A TRUE AND CORRECT COPY OF THE FOREGOING CIVIL ACTION COMPLAINT HAS BEEN FURNISHED VIA THE UNITED STATES POSTAL SERVICE TO THE CLERK OF THE UNITED STATES DISTRICT COURT (TAMPA DIVISION) MIDDLE DISTRICT OF FLORIDA FOR EACH HEREIN NAMED DEFENDANT'S (X4) AND, THE ORIGINAL TO THE CLERK OF THE COURT TO HEREBY ISSUE SUMMONS VIA THE UNITED STATES MARSHAL SERVICES ON THIS 27th DAY OF December 2016

TO: CLERK OF THE UNITED STATES DISTRICT COURT
MIDDLE DIVISION (TAMPA, FLORIDA)
801 N. FLORIDA AVE.
Room 218
TAMPA, FL. 33602-3800

(1) VERIZON WIRELESS CORPORATION
(2) FRAN SHAMMO, CFO. VERIZON WIRELESS CORPORATION
(3) MATT SANDERS, GM. VERIZON WIRELESS CORPORATION
(4) MICHALE PACK, SOL. SP. VERIZON WIRELESS CORPORATION

AT...

CONTINUED

CERTIFICATE OF SERVICE CONTINUED...

4223 SEBRING PARKWAY
SEBRING, FL. 33870 (LATITUDE 27.51479)(LONGITUDE -81.49352)
(VERIZON WIRELESS CORPORATION)

James Leslie Kelly #491793
JAMES LESLIE KELLY Pro se

C.F.R.C. MAIN UNIT
7000 H.C. KELLEY ROAD
ORLANDO, FL. 32831-2518
#491793 B-1-109-L

B.S.S.T.G.D.16

STATE OF FLORIDA
COUNTY OF ORANGE

APPEARED BEFORE ME, JAMES LESLIE KELLY AND WHO DID PRODUCE HIS STATE OF FLORIDA DEPARTMENT OF CORRECTIONS I.D. CARD #491793 WHO FIRST BEING DULY SWORN, STATES THAT THE ALLEGATIONS SET FORTH ARE BASED ON FACTS THAT HAVE BEEN SWORN TO AND, IF TRUE WOULD CONSTITUTE THE THE OFFENSES ALLEGED.

James Leslie Kelly 491793
JAMES LESLIE KELLY 491793

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS 27th DAY December 16

Maritza Perez
NOTARY PUBLIC, STATE OF FLORIDA



